## Washington County Controller Case.

Argued October 5, 1962. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and KEIM, JJ.

*Sanford S. Finder,* for appellant.

*Paul A. Simmons,* with him *Carl E. Gibson,* for appellee.

OPINION PER CURIAM, November 13, 1962:
Order affirmed. Costs on appellant.
Mr. Justice COHEN dissents.

## Frisina, Appellant, *v.* Stanley.